**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation,

Plaintiff,

v.

JESUS RODRIGUEZ, an individual,

Defendant.

Case No.  1:25-cv-00146-KES FRS (SKO)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Docs. 11, 17)

The Travelers Indemnity Company of Connecticut ("Travelers") initiated this action against Jesus Rodriguez, seeking declaratory relief related to its obligations and coverage limits of insurance policy No. BA-2N531540-21-93-G.  *See* Doc. 1.  After Rodriguez failed to answer, the court entered default.  Docs. 8, 9.  Travelers now seeks default judgment against Rodriguez.  Doc. 11.

The magistrate judge determined that Travelers complied with the service requirements of Rule 4 of the Federal Rules of Civil Procedure.  Doc. 17 at 6-7.  Examining the sufficiency of the complaint, the magistrate judge found Travelers alleged sufficient facts to state a claim for declaratory relief.  *Id.* at 8-9.  The magistrate judge determined the factors identified by the Ninth Circuit in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) weighed in favor of default judgment and recommended granting the motion and awarding the requested relief.  *Id.* at 6-12.

1

The court served the findings and recommendations on Travelers, which served the document on Rodriguez and filed proof of service.  Doc. 18.  The court notified the parties that any objections were due within 14 days of the date of service.  Doc. 17 at 12-13.  The court also advised the parties that the failure to file objections within the identified time may result in the waiver of rights on appeal.  *Id.* at 13 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  No objections were filed, and the deadline for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of the case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the court **ORDERS**:

1. The findings and recommendations issued on November 25, 2025 (Doc. 17) are **ADOPTED** in full.

2. Plaintiff's motion for default judgment (Doc. 11) is **GRANTED**.

3. Judgment **SHALL** be entered in favor of plaintiff The Travelers Indemnity Company of Connecticut and against defendant Jesus Rodriguez.

4. The Court **DECLARES**:

   A. Plaintiff has no obligation under Travelers Policy No. BA-2N531540-21-93-G to issue payment to Defendant for any elements of "loss" sustained in the September 10, 2021 automobile accident for which he received or remains entitled to receive payment under California's workers' compensation law, including all past and future lost earnings and all past and future medical damages alleged to have arisen from the September 10, 2021 automobile accident; and

   B. The limits of coverage available to Defendant under Travelers Policy No. BA-2N531540-21-93-G are reduced by the amounts recovered by Defendant from the underinsured driver as well as through workers compensation, including all amounts already received as well as all entitlement to future amounts; and

5. Plaintiff **SHALL** mail a copy of this order to Jesus Rodriguez at his last known address.

6.      The Clerk of Court is directed to assign a magistrate judge for purposes of closing this case, and to close this case.


IT IS SO ORDERED.

Dated:    February 23, 2026

_____
UNITED STATES DISTRICT JUDGE

3